

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00515-CV

In the Interest of **J.T.H.**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01512
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. Counsel's motion to withdraw is DENIED. *See In re P.M.*, 520 S.W.3d 24, 27-28 (Tex. 2016) (holding counsel's obligations in a parental termination case extend through the exhaustion or waiver of all appeals, including the filing of a petition for review in the Texas Supreme Court).

SIGNED December 18, 2019.

_____
Irene Rios, Justice